# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF WISCONSIN

**UNITED STATES OF AMERICA,**

    Plaintiff,

-vs-                                      Case No. 09–CR-83

**RONALD L. JOHNSON,**

    Defendant.

## DECISION AND ORDER

The defendant, Ronald L. Johnson, filed a motion for the return of property under Federal Rule of Criminal Procedure 41(g). As Mr. Johnson was informed in a previous Decision and Order in this action, [ECF No. 54], postjudgment motions under Rule 41(g) are civil actions subject to the Prison Litigation Reform Act. *United States v. Stevens*, 500 F.3d 625, 628 (7th Cir. 2007). To proceed with such an action, Johnson must file a separate lawsuit and pay the filing fee (or use the partial payment procedures of the PLRA, 28 U.S.C. § 1915(b)). For now, the Court will DENY the motion [ECF No. 57] without prejudice.

Dated at Milwaukee, Wisconsin, this 4th day of October, 2013.

**BY THE COURT:**

_____
**HON. RUDOLPH T. RANDA**
**U.S. District Judge**